**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR 07 001 ML |
| | : | |
| v. | : | CR. NO. |
| | : | In violation of 18 U.S.C. §§ |
| | : | 1001, 1347. |
| GREGORY JOSEPH RICH | : | |

**INFORMATION**

The United States Attorney Charges that:

**COUNT I**

From on or about January 12, 2004, up to an including November 28, 2005, in the District of Rhode Island, the defendant, Gregory Joseph Rich, did knowingly and willfully defraud a health care benefit program, to wit, the defendant obtained medical services and health care benefits from the Department of Veterans Affairs Medical Center in Providence, Rhode Island, by providing false identifying information including a false social security number, in violation of 18 U.S.C. § 1347.

**COUNT II**

On or about March 9, 2005, in the District of Rhode Island, the defendant, Gregory Joseph Rich, did knowingly and willfully make a materially false, fictitious, and fraudulent representation to the executive branch of the United States, to wit, defendant did provide the Department of Veterans Affairs a

false social security number by submitting said number on a Department of Veterans Affairs Health Benefits Renewal Form, 10-10EZR, in violation of 18 U.S.C. § 1001.

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

LUIS M. MATOS
Criminal Division Chief

Dated: 1/3/07