AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

GREGORY JOSEPH RICH

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR07-001ML

RECEIVED

JAN 05 2007

US MARSHALS
RHODE ISLAND

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | COURTROOM A |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>JANUARY 10, 2007 AT 10:00 A.M. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 1347; 1001

Brief description of offense:

HEALTH CARE BENEFIT PROGRAM FRAUD; KNOWINGLY MADE A MATERIALLY FALSE STATEMENT TO THE EXECUTIVE BRANCH OF THE U.S.

J. Noel

Signature of Issuing Officer

January 5, 2007

Date

JEANNINE NOEL, DEPUTY CLERK

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: U.S. Magistrate Court (Courtroom A) Providence RI.

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 1/10/07
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks: Note: Defendant Previously Notified by Atty
Atty Served by FAX.

FILED
2007 JAN 10 P 1:04
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND