O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND .

UNITED STATES OF AMERICA
V.

GREGORY JOSEPH RICH

## WAIVER OF INDICTMENT

CASE NUMBER: CR 07 001 ML

I, GREGORY JOSEPH RICH, the above named defendant, who is accused of

knowingly and willfully defrauding a health care benefit program and knowingly and willfully making a materially false, fictitious and fraudulent representation to the executive branch of the United States

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on January 10, 2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

GREGORY JOSEPH RICH
Defendant

MARY S. MCELROY
Counsel for Defendant

Before ______________________
Judicial Officer